**Electronically Filed
Supreme Court
SCWC-12-0000315
06-MAR-2014
12:56 PM**

SCWC-12-0000315

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DONALD EDWARD KROG, in his capacity as Trustee of
the Donald Edward Krog Living Trust, Dated March 25, 2010,
Respondent/Plaintiff-Appellee,

vs.

ELEANA UMILANI KOAHOU and YVONNE MOKIHANA KEAHI,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000315; CIV. NO. 11-1-1697-08)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ.,
and Circuit Judge Nacino, in place of Recktenwald, C.J., recused)

Upon consideration of Petitioners/Defendants-

Appellants' motion for partial reconsideration of the memorandum

opinion and concurring opinion filed on February 28, 2014, and

the record herein,

IT IS HEREBY ORDERED the motion is denied.

DATED:  Honolulu, Hawai'i, March 6, 2014.

Gary Victor Dubin,                   /s/ Paula A. Nakayama
Frederick J. Arensmeyer,
and Zeina Jafar                      /s/ Simeon R. Acoba, Jr.
for petitioners

                                     /s/ Sabrina S. McKenna

                                     /s/ Richard W. Pollack

                                     /s/ Edwin C. Nacino